FILE COPY

## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 13-0796

| | | |
|---|---|---|
| **WELLS FARGO FINANCIAL TEXAS, INC.**<br>**v.**<br>**ANITA VALERO AND EVA**<br>**SHIELLS, GUARDIANS OF THE**<br>**PERSON AND ESTATE OF**<br>**ABDENAGO VALERO** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Yoakum County,**<br><br>**7th District.** |

**March 21, 2014**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied .

(Justice Phil  Johnson not sitting)



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, WELLS FARGO FINANCIAL TEXAS, INC., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 2nd day of May, 2014.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk